UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bluefire Wireless, Inc.,<br><br>            Plaintiff,<br>-against-<br><br>Cloud9 Mobile Communications, Ltd., Cloud9 Mobile Communications (Wholesale Services), Ltd., Cloud9 Mobile International, Ltd., Wire9 Telecom, Ltd., Cloud9 Mobile Communications PLC, David Sutton, Lee Jones, Jean Christophe Viguier, and Martin Holloway,<br><br>           Defendants. | Case No.: 09 CV 7268 (HB)(FM)<br><br>ECF CASE<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that upon the Plaintiff's Complaint, and the Declarations and Memorandum of Law accompanying this motion, Defendants, Cloud9 Mobile Communications, Ltd. (formerly known as Cloud9 Mobile Communications PLC), Cloud9 Mobile Communications (Wholesale Services), Ltd., Cloud9 Mobile International, Ltd., Wire9 Telecom, Ltd., David Sutton, Jean Christophe Viguier, and Martin Holloway, by their attorneys Law Office of Donovan Wickline, PC, will move this Court on a date to be set by the Court at the United States Courthouse located at 500 Pearl Street, Room 23B, New York, New York 10007, for an order dismissing Plaintiff's Complaint (1) pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 12(b)(2) for lack of personal jurisdiction; or, alternatively, (2) pursuant to FRCP Rule 12(b)(3) for improper venue and *forum non conveniens*; or, alternatively, (3) pursuant to FRCP Rule 12(b)(6) for failure to state a claim upon which relief can be granted; and for such further relief as the Court deems just and proper.

      Pursuant to Local Rule 6.1, your response to this motion shall be served within ten business days after service of this Notice of Motion.

Dated: Brooklyn, New York
       September 15, 2009

                        LAW OFFICE OF DONOVAN WICKLINE, PC

                        By: _____
                              Donovan L. Wickline (DW-9248)
                        45 Pineapple Street
                        Brooklyn, New York 11201
                        (718) 858-1443
                          Attorneys for Cloud9 Mobile Communications, Ltd.(formerly known as Cloud9 Mobile Communications PLC), Cloud9 Mobile Communications (Wholesale Services), Ltd., Cloud9 Mobile International, Ltd., Wire9 Telecom, Ltd., David Sutton, Jean Christophe Viguier, and Martin Holloway

TO:    Law Office of Howard A. Gutman
        230 Route 206 - Bldg. 3 Suite 307
        Flanders, New Jersey 07836
          Attorneys for Plaintiff

        Joshua D. Rievman, Esq.
        HOGUET NEWMAN REGAL & KENNEY, LLP
        10 East 40th Street
        New York, New York 10016
          Attorneys for Defendant Lee Jones